UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARY T. ALLEN,<br><br>                  Petitioner,<br><br>vs.<br><br>JAY CHRISTENSEN, LIZ NEVILLE, and RANDALL L. VALTEYI,<br><br>                  Respondents. | Case No. 1:22-cv-00037-DKG<br><br>**MEMORANDUM DECISION AND ORDER** |

      On February 8, 2023, the Court entered an Order determining that all claims in Petitioner Zachary T. Allen's Petition for Writ of Habeas Corpus were procedurally defaulted; the Court conditionally granted the Motion for Summary Dismissal. Dkt. 25. The Court notified Petitioner that he was required to file a response to that Order within 20 days showing that the claims were not procedurally defaulted, that cause and prejudice existed to excuse the default of the claims, or that he was actually innocent. *Id*. The Court also notified Petitioner that, if he could not make one of these showings, or if he filed nothing further, then the Court would make final the granting of the Motion for Summary Dismissal and enter judgment. *Id*.

**MEMORANDUM DECISION AND ORDER - 1**

On March 7, 2023, Petitioner requested an extension of time to file a response. Dkt 26. The Court granted the motion and extended the deadline to May 5, 2023. Dkt. 28. Petitioner has not filed a response or anything further indicating he intends to contest the summary dismissal of his Petition. Accordingly, the Court will finalize the granting of the Motion for Summary Dismissal and enter judgment.

## ORDER

**IT IS ORDERED:**

1. Respondent's Motion for Summary Dismissal (Dkt. 21) is GRANTED.

2. The Petition for Writ of Habeas Corpus (Dkt. 4) is DISMISSED with prejudice.

3. The Court does not find its resolution of this habeas matter to be reasonably debatable, and a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c); Rule 11 of the Rules Governing Section 2254 Cases. If Petitioner files a timely notice of appeal, the Clerk of Court shall forward a copy of the notice of appeal, together with this Order, to the United States Court of Appeals for the Ninth Circuit. Petitioner may seek a certificate of appealability from the Ninth Circuit by filing a request in that court.

DATED: July 18, 2023

_____
Honorable Debora K. Grasham
United States Magistrate Judge